MAE Q. PROBST, Respondent, *v.* FREDERICK S. PROBST, Appellant. (Appeal No. 1.)

Argued October 6, 1941; decided October 16, 1941.

*Robert J. Bell* for motion.
*S. Stanley Kreutzer* opposed.
Motion denied.